IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY LEWIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-635 - WDS** |
| ) | |
| **PAM GRUBMAN ,** ) | |
| **DR. DOUGHTY,** ) | |
| **and WILLIAM REES,** ) | |
| ) | |
| Defendants. ) | |

### AMENDED SCHEDULING ORDER

**PROUD, Magistrate Judge:**

Upon the court's own motion, the scheduling order previously entered is vacated, and the following scheduling order is entered.

1. This order supersedes SDIL-LR 26.1; initial disclosures are required in this "prisoner case." If not already produced in accordance with Fed. R. Civ. P. 26(a)**,** each defendant has **20 days from the date of this order, or from the date on which he or she enters an appearance (whichever is later)** to produce the following prediscovery disclosures if applicable: names of persons with knowledge of the incident; reports and/or statements of persons with knowledge; medical, optical or dental records (where appropriate); and policy statements.

2. Discovery shall be completed by **October 15, 2007**. Discovery beyond that time will be permitted only as to experts, or on motion supported by affidavit showing good cause for the delay and accompanied with a proposed discovery schedule.

3. Defendant are given leave to depose plaintiff pursuant to Fed.R.Civ.P. 30(a)(2).

4. Dispositive motions shall be filed as follows:

1

    (A)    any dispositive motion raising the affirmative defense of qualified immunity or failure to exhaust administrative remedies shall be filed by **June 15, 2007.**

    (B)    All other dispositive motions shall be filed by **October 31, 2007.**

**IT IS SO ORDERED.**

**DATED: May 15, 2007.**

                                                                            **s/ Clifford J. Proud**
                                                                            **CLIFFORD J. PROUD**
                                                                            **U. S. MAGISTRATE JUDGE**