IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY LEWIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-635 - CJP** |
| ) | |
| **PAM GRUBMAN ,** ) | |
| **and WILLIAM REES,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

This matter is set for a jury trial beginning on February 10, 2009.

The court will prepare the following jury instructions, all of which are based on the pattern jury instructions drafted by the Committee on Federal Civil Jury Instructions for the Seventh Circuit:

1.01, 1.02, 1.03, 1.04, 1.06, 1.07, 1.08, 1.11, 1.12, 1.13, 1.14, 1.15, 1.16, 1.17, 1.18

1.27, 1.31, 1.32, 1.33 and 1.34.

Note that Instruction 1.34 will be given only if requested by one of the parties, pursuant to *U.S. v. Silvern*, **484 F.2d 879 (7th Cir. 1973)**.

The pattern jury instructions published by the Seventh Circuit may be accessed at that court's website, www.ca7.uscourts.gov.

The parties' proposed jury instructions should be in WordPerfect format and should be downloaded to a disc to facilitate making necessary changes.

**IT IS SO ORDERED.**

DATE:  February 4, 2009.

                                                              s/ Clifford J. Proud
                                                              **CLIFFORD J. PROUD**
                                                              **UNITED STATES MAGISTRATE JUDGE**