IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TIMOTHY LEWIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **03-635 - CJP** |
| | ) | |
| **PAM GRUBMAN ,** | ) | |
| **and WILLIAM REES,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown,  Plaintiff's Motion in Limine to Bar All

Non-Party Witnesses From The Courtroom During Trial **(Doc. 114)** is **GRANTED**.

Counsel shall be responsible for informing their witnesses of this order.

**IT IS SO ORDERED.**

**DATE:  February 9, 2009.**

<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**