IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-635 - CJP** |
| ) | |
| **PAM GRUBMAN ,** ) | |
| **and WILLIAM REES,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court are Plaintiff's Motion in Limine to Bar the Testimony of Any Witness Who Has Not Been Previously Identified **(Doc. 110)** and Plaintiff's Motion in Limine to Exclude Any Opinion Testimony From Dr. Thomas Fleming Relating to Menard Correctional Center Policies and Procedures **(Doc. 112)**.

The court discussed these motions with counsel in a pretrial chambers conference. Defendants' counsel consented to the motions, with the understanding that **Doc. 110** seeks to bar witnesses who were not identified in the final pretrial order, and does not apply to rebuttal witnesses.

Plaintiff's Motions in Limine **(Docs. 110 & 112)** are **GRANTED**, as set forth above.

**IT IS SO ORDERED.**

**DATE: February 10, 2009.**

> s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**