IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY LEWIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-635 - CJP** |
| ) | |
| **PAM GRUBMAN ,** ) | |
| **and WILLIAM REES,** ) | |
| ) | |
| Defendants. ) | |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is Plaintiff's Motion in Limine to Bar Defendants From Mentioning, Referring to, or Otherwise Attempting to Convey that Plaintiff Did Not Suffer a Permanent Physical Injury as a Result of Defendants' Conduct. **(Doc. 111)**.

During a pretrial chambers conference, counsel for plaintiff and defendants agreed to enter into a stipulation regarding the subject of the motion. The parties later presented the court with a stipulation which was read to the jury along with other stipulated facts set forth in the final pretrial order.

In view of the parties' stipulation, Plaintiff's Motion in Limine **(Doc. 111)** is **GRANTED**.

IT IS SO ORDERED.

DATE: February 10, 2009.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**