IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY LEWIS, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>PAM GRUBMAN, DR. STEPHEN DOUGHTY and )<br>WILLIAM REES, )<br>)<br>Defendants. ) | NO. 03-635-CJP |

# JUDGMENT IN A CIVIL CASE

Defendant **DR. STEVEN DOUGHTY** was dismissed on October 30, 2007, by Stipulation of Dismissal filed by Plaintiff (Doc. 83).

The remaining issues came before this Court for jury trial   The Jury rendered its verdict in favor of Defendants and against Plaintiff.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of  Defendants **PAM GRUBMAN, DR. STEPHEN DOUGHTY** and  **WILLIAM REES**  and against plaintiff **TIMOTHY LEWIS.**

Plaintiff shall take nothing from this action.

**DATED** this 12st day of February, 2009

                   **NORBERT G. JAWORSKI, CLERK**

                   **BY: S/ Angela Vehlewald**
                     Deputy Clerk

**Approved by      S/ Clifford J. Proud**
    United States Magistrate Judge
      Clifford J. Proud