IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TIMOTHY LEWIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **03-635 - CJP** |
| | ) | |
| **PAM GRUBMAN ,** | ) | |
| **and WILLIAM REES,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is a pleading filed by plaintiff which he has titled "Statement of Claim: Deliberate Indifference." **(Doc. 140)**.

After a two-day trial, the jury returned a verdict in favor of defendants Grubman and Rees on February 11, 2009. **See, Doc. 131.** On March 18, 2009, plaintiff filed a pro se motion in which he asked this Court to "reverse" the jury's verdict and to extend the time for filing a notice of appeal. The Court considered the motion under **Fed.R.Civ.P. 60**, and found that it did not present grounds for relief from the judgment. The Court also extended the time for filing a notice of appeal to April 13, 2009. **See, Doc. 138.** The instant pleading was mailed by plaintiff on April 10, 2009.

Although it is not labeled as such, the Court construes **Doc. 140** as a Notice of Appeal. This construction is warranted because plaintiff sought an extension in which to file a notice of appeal, **Doc. 140** was filed within the extension, and the relief sought by plaintiff is that the case "be reversed and remanded for a new trial." **Doc. 140, p. 3**. Further, plaintiff's certificate of

-1-

service refers to a notice of appeal, and states that he will be filing a motion for leave to proceed in forma pauperis.

**For the foregoing reasons, the Court directs the Clerk of Court to docket and process Doc. 140 as a Notice of Appeal.**

**IT IS SO ORDERED.**

**DATED: April 17, 2009.**

        **s/ Clifford J. Proud**
        **CLIFFORD J. PROUD**
        **UNITED STATES MAGISTRATE JUDGE**